IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | Case No: 8:07CR369 |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MILTON HERNANDEZ, | ) | |
| | ) | |
| Defendant. | | |

      Before the court is defendant's Motion to Continue Date for Discovery [11]. The defendant has no objection. Good cause being shown, the motion will be granted and the government's discovery will be due on or November 14, 2007.

      IT IS SO ORDERED.

      DATED this 8th day of November, 2007.

                       BY THE COURT:

                       s/ F.A. Gossett
                       United States Magistrate Judge