IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | 8:07CR369 |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| MILTON HERNANDEZ, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court upon Motion of the Plaintiff requesting permission to file a document under seal. (Filing No. 19).

IT IS ORDERED that the Motion of the Plaintiff for permission to file under seal (Filing No. 19), is granted.

DATED May 12, 2008.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge