IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:07CR369 |
| | ) | |
| MILTON HERNANDEZ, | ) | **SCHEDULING ORDER** |
| | ) | |
| Defendant. | ) | |

    Before the court is defendant's Motion in Limine [21]. The government shall file a response to the motion on or before May 15, 2008. The matter will then be deemed submitted.

    IT IS SO ORDERED.

    DATED this 13th day of May, 2008.

                                             BY THE COURT:

                                             s/ F.A. Gossett
                                             United States Magistrate Judge