# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | 8:07CR369 |
| vs. | ) | |
| | ) | ORDER |
| MILTON HERNANDEZ, | ) | |
| Defendant. | ) | |

This matter is before the court on the government's "Response to Defendant's Motion in Limine and Motion for Continuance" [23]. Considering the content of this document, and noting that lengthy extensions were previously granted in this case, the court finds that the movant has not shown good cause for a continuance and that the trial should commence as scheduled.

**IT IS ORDERED** that the government's Motion for Continuance [23] is denied.

Pursuant to NECrimR 57.2, a party may appeal this order by filing an "Appeal of Magistrate Judge's Order." The party shall specifically state the order or portion thereof appealed from and the basis of the appeal. The appealing party shall file contemporaneously with the statement of appeal a brief setting forth the party's arguments that the magistrate judge's order is clearly erroneous or contrary to law. The filing of a statement of appeal does not automatically stay the magistrate judge's order pending appeal. *See* NECrimR 57.2(d).

**DATED May 14, 2008.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**