# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:07CR369 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| MILTON HERNANDEZ, | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's motion to withdraw (Filing No. 37) the Defendant's motion in limine (Filing No. 21) because trial has been continued.

IT IS ORDERED:

1. The Defendant's motion to withdraw (Filing No. 37) is granted; and

2. The Defendant's motion in limine (Filing No. 21) is deemed withdrawn.

DATED this 19th day of May, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge