# UNITED STATES DISTRICT COURT

for the

District of Nebraska

United States of America
v.
Milton Hernandez

)
)
)
)
)
)
)

Case No: 8:07CR369

USM No: 21885-047

Date of Original Judgment: _____10/07/2008_____
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

Hugh P. Reefe

*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐DENIED.   ☑GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of ____151____ months **is reduced to** ____121____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated ____10/07/2008____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: ____09/17/2015____

_____
*Judge's signature*

Effective Date: ____11/01/2015____
*(if different from order date)*

Laurie Smith Camp, Chief U.S. District Judge
*Printed name and title*

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

Milton Hernandez

DEFENDANT: _____

CASE NUMBER: 8:07CR369 _____

DISTRICT:       District of Nebraska

## I.  COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

| | |
|---|---|
| Previous Total Offense Level: __32__ | Amended Total Offense Level: __30__ |
| Criminal History Category: __III__ | Criminal History Category: __III__ |
| Previous Guideline Range: __151__ to __188__ months | Amended Guideline Range: __121__ to __151__ months |

## II.   SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

[✓] The reduced sentence is within the amended guideline range.

[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

[ ] The reduced sentence is above the amended guideline range.

## III.  ADDITIONAL COMMENTS

The Defendant's pro se Motion to Reduce Sentence  - USSC Amendment (Filing No. 160) is granted, the Defendant's Unopposed Motion to Reduce Sentence  - USSC Amendment (Filing No. 169) is granted and the parties' Stipulation regarding the Unopposed Motion to Reduce Sentence  - USSC Amendment (Filing No. 170) is approved.