IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiffs, vs. MILTON HERNANDEZ, Defendant. | 8:07CR369 ORDER |

This matter is before the Court on the defendant's Motion to Seal Records [168]. Upon review of the Court's file, it is determined that all of the documents requested, with the exception of the Pre-Sentence Investigation Report, are public records and should not be sealed. The Pre-Sentence Investigation Report was, and is still, filed under Seal. Accordingly, the defendant's Motion to Seal Records (Filing No. 168) is denied.

**IT IS SO ORDERED.**

Dated this 24th day of September, 2015

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge